# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2768
Lower Tribunal No. 05-31610
_____

**James W. Martin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

James W. Martin, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, LAGOA, and SALTER, JJ.

ROTHENBERG, J.

James W. Martin appeals the trial court's order denying his motion to correct an illegal sentence.  We affirm.  We write only to commend the trial court on its excellent order which helped facilitate our review.

Affirmed.